DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JIMMY JONES-SCOTT SR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2831

[February 16, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank David Ledee, Judge; L.T. Case No. 86-012809-CF-10A.

Jimmy Jones-Scott Sr., Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***